# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS EDWARD BROPHY,
        Appellant/Cross-Respondent,

vs.

KATHERINE ANNE LAMBROS,
        Respondent/Cross-Appellant.

No. 78093

**FILED**

JUN 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND CROSS-APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
       Carolyn Worrell, Settlement Judge
       McFarling Law Group
       Willick Law Group
       Eighth District Court Clerk

---

[1]Given this dismissal, the court takes no action on appellant/cross-respondent's motion to extend time to file the fast track statement filed on May 29, 2019.

19-26865